MICHAEL J. LANGFORD (9682)
LANGFORD | RAMOS, PLLC
8 East Broadway, Ste. 420
Salt Lake City, Utah 84111
Telephone: (801) 328-4090
mjl@langfordramos.com
discovery@langfordramos.com

Attorney for Defendant Nicholas Fain

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS FAIN,<br><br>Defendant. | DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS<br><br>Case No. 1:25-cr-00012<br><br>Honorable Judge Tena Campbell |

Defendant Nicholas Fain (herein, "Defendant"), by and through counsel of record, pursuant to Rule 32(b) (6)(B) of the Federal Rules of Criminal Procedure, gives notice that the Defendant does not object to the presentence investigation report ("PSR") prepared in this case. Initially, after reviewing the PSR, it was thought that Defendant was receiving criminal history points based on convictions where another individual had been using Defendant's name. After investigation, it has been determined that none of those convictions have been reflected on Defendant's PSR and the criminal history has been reflected and calculated properly.

However, Defendant reserves the right to file a sentencing memorandum and, in that memorandum, to include any objections, recommendations, or arguments for

corrections, departures, adjustments, or variances, that become applicable in the above-entitled matter.

DATED September 14, 2026.

/s/ *Michael J. Langford*
MICHAEL J. LANGFORD
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2026, I electronically filed a true and correct copy of the foregoing **DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS** via CM/ECF system, which sent notification of such filing to all parties of record.

*/s/ Adrianna Hebard*